IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO


PUBLIC MINISTER WILLIAM LORD PUNCHARD,

    Plaintiff

v.                                                                  No. 07cv589 MV/KBM

DEMING CITY MUNICIPAL COURT, et al.,

    Defendants.

## **ORDER**

    **THIS MATTER** comes before the Court on Defendant City of Deming Municipal Judge Frank M. Van Gundy's ("Van Gundy") Motion to Strike, Doc. 107, filed October 15, 2015.

    The Court dismissed this case for lack of subject matter jurisdiction on February 5, 2008. *See* Doc. 92. Plaintiff filed a Notice of Appeal, Doc. 100, on May 9, 2008. The Court of Appeals for the Tenth Circuit dismissed the appeal for failure to prosecute on September 25, 2008. *See* Doc. 104-1.

    On October 14, 2015, Plaintiff William Lord Punchard filed a Memorandum in Support of the Class Action, Doc. 106. The following day, Defendant Van Gundy filed the Motion to Strike which is now before the Court. The Court will strike both Punchard's Memorandum and Van Gundy's Motion because the Court has previously ordered that "no more documents may be filed in this case except for a notice of appeal." Doc. 97 (Vázquez, J.).

    **IT IS ORDERED** that Plaintiff William Lord Punchard's Memorandum in Support of the Class Action, Doc. 106, filed October 14, 2015, and Defendant City of Deming Municipal Judge Frank M. Van Gundy's Motion to Strike, Doc. 107, filed October 15, 2015, are stricken.

_____
**UNITED STATES CHIEF MAGISTRATE JUDGE**